FILED
CLERK, U.S. DISTRICT COURT
5/25/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

**JS-6**

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>EMMETT FURLA FILMS HOLDINGS, LLC, a California Limited Liability Company, et al.,<br><br>Defendants. | PSG<br>CASE NO.: 2:23-cv-00405 ~~RSWL~~ (KSx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>The Hon. Ronald S. W. Lew |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Joint Stipulation for Dismissal Without Prejudice and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement, entered into by and between plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan, and defendants Emmett Furla Films Holdings, LLC; Georgia Film Fund Seven Productions, LLC; Georgia Film Fund Seventeen, LLC; Edver Films Boss Level, LLC; Plastic Fish (Escape), LLC; Randall Emmett/George Furla Productions, LLC; and Emmett Furla Oasis Films, LLC, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

DATED: May 25, 2023

_____
Hon. ~~Ronald S. W. Lew~~ Phillip S. Gutierrez
Judge, United States District Court