UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>EMMETT FURLA FILMS HOLDINGS, LLC, a California Limited Liability Company, et al.,<br><br>          Defendants. | CASE NO.: CV 23-00405-PSG (KSx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [12]** |

Good cause appearing, the Court **APPROVES** the Joint Stipulation for Dismissal With Prejudice [Doc. # 12], entered into by and between plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan, and defendants Emmett Furla Films Holdings, LLC; Georgia Film Fund Seven Productions, LLC; Georgia Film Fund Seventeen, LLC; Edver Films Boss Level, LLC; Plastic Fish (Escape), LLC; Randall Emmett/George Furla Productions, LLC; and Emmett Furla Oasis Films, LLC.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

DATED: July 28, 2025

_____
DOLLY M. GEE
Chief United States District Judge